IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENT ALLEN JONES, et al.,<br><br>Defendants. | Case No. CR-06-126-S-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

In a prior decision, this Court continued the trial of defendant Weitzman on his motion due to his poor health. The Court indicated that it was willing to sever Weitzman from any remaining defendants and proceed to trial with them on the date presently set, June 16, 2008. However, defendant Sperow has now entered into a stipulation with the Government whereby Sperow withdraws his motion to sever, moves for a continuance, and seeks to remain joined with Weitzman. The Court's records show that defendant Forest McDonald remains as a defendant as well, but he has filed nothing.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. §3161(h)(8)(B)(iv), which authorizes a

**Memorandum Decision and Order - 1**

finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(8)(A). The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act.

While defendant Forest McDonald has not filed anything, his trial date will be continued as well under 18 U.S.C. § 3161(h)(7), which grants excludable time for "a reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to sever (Docket No. 482) is deemed WITHDRAWN.

IT IS FURTHER ORDERED, that defendant Sperow's motion for continuance, contained in the Stipulation (Docket No. 617), is GRANTED, and that the present trial date be VACATED, and that counsel confer with the Court's Clerk LaDonna Garcia to obtain a new trial date.

**Memorandum Decision and Order - 2**

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

DATED: **June 11, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court