UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>GREGORY F. SPEROW, et al.,<br><br>　　　　Defendant. | Case No. 1:06-CR-126-BLW<br><br>FINAL ORDER OF FORFEITURE AS TO SANTA ROSA CREEK ROAD PROPERTY, TEMPLETON, CALIFORNIA |

WHEREAS, the Court entered a Preliminary Order of Forfeiture for Gregory Frank Sperow on June 26, 2009 (Docket No. 872); said Preliminary Order of Forfeiture was based upon the Amended Rule 11 Plea Agreement for Gregory Frank Sperow (Docket No. 666), ordering said defendant to forfeit properties as a result of federal drug and money laundering violations which he committed; said order forfeited defendant's interests in certain properties, including the real property which is the subject of this final order, located at Santa Rosa Creek Road, Templeton (rural Adelaide), California, San Luis Obispo County, California, APN: 014-192-015 (hereinafter "Santa Rosa Property");

FINAL ORDER OF FORFEITURE AS TO SANTA ROSA PROPERTY - 1

AND WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and served in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov), as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as required by Federal Rule of Criminal Procedure 32.2(b)(6)(C);

AND WHEREAS, the following were served with notice of the forfeiture action as to the Santa Rosa Property:

    a.    Jeffrey Sperow was served on August 4, 2009, and no claim was made. Mr. Sperow died on February 2, 2015.

    b.    Kenneth Weitzman: was served on August 3, 2009, and made no claim.

AND WHEREAS, no proper claims by any persons or entities were filed as to the Santa Rosa Property, and the letter of Bruce Borjesson (docket no. 1254) shall be stricken below ;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the motion for forfeiture (docket no. 1256) is GRANTED.

FINAL ORDER OF FORFEITURE AS TO SANTA ROSA PROPERTY - 2

IT IS FURTHER ORDERED that the United States Department of Treasury shall forthwith seize the Santa Rosa Property, and dispose of said property in accordance with the law, which property is more particularly described as follows:

PARCEL 1:

The Northwest quarter of the Southwest quarter of Section 28, in Township 27 South, Range 10 East, Mount Diablo Base and Meridian, in the County of San Luis Obispo, State of California, according to the official plat of said land approved by the Surveyor General on January 30, 1880.

PARCEL 2:

Parcel A of Parcel Map COAL 75-366, in the County of San Luis Obispo, State of California, according to map recorded October 4, 1976 in Book 20, Page 96 of Parcel Maps, in the office of the County Recorder of said County, and Certificate of Correction recorded January 24, 1977 in Book 1951, Page 616 of Official Records.

EXCEPTING therefrom all minerals in and to that portion of Parcel A of Parcel Map COAL 75-366, as reserved by Beny Bianchi and Emilia Bianchi, by deed dated August 17, 1920 in Book 140, Page 161 of Deeds, lying within the East one-half of the Northwest one-quarter of said Section 28, Township 27 South, Range 10 East, Mount Diablo Base and Meridian.

IT IS FURTHER ORDERED that the United States shall have and has clear title to the Santa Rosa Property, and the United States may warrant good title to said property to any subsequent purchaser or transferee pursuant to 21 U.S.C. §853(n)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the Santa Rosa Property is hereby condemned, forfeited and wholly vested in the United States, its agents and/or designees, and that no claim of interest in said Santa Rosa Property shall exist in any other person or entity, and that said Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that any and all forfeited funds as a result of the United States Department of Treasury's management of the Santa Rosa Property forfeited herein, and any proceeds from the sale of the Santa Rosa Property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the Santa Rosa Property, shall be deposited forthwith by the United States Department of Treasury into the Treasury Asset Forfeiture Fund.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and as to related forfeiture matters herein; and

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

IT IS FURTHER ORDERED that the motion to strike the letter of Bruce Borjesson (docket no. 1255) is GRANTED and that the letter (docket no. 1254) be deemed stricken from the record.

DATED: December 29, 2016

B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE AS TO SANTA ROSA PROPERTY - 4