UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY FRANK SPEROW,<br><br>        Defendant. | Case No. 1:06-cr-126-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**MEMORANDUM DECISION**

The Court has before it a motion by the Government for a final order of forfeiture as to the real property located at 1433, 1433$^{1/2}$, and 1435 Mt. Pleasant Street, Los Angeles California. Defendant Sperow objects to the motion.

The motion is based on the indictment seeking, among other things, the forfeiture of defendant Sperow's Mt. Pleasant property. Sperow pled guilty and his plea agreement stated that the Mt. Pleasant property would not be forfeited if, among other things, he cooperated in post-sentencing proceedings. *See Plea Agreement (Dkt. No. 666) at pp. 13-16.* Subsequently, this Court held that Sperow failed to cooperate in post-sentencing proceedings. *See Memorandum Decision (Dkt. No. 1217).* Sperow now makes the same arguments in his objection that the Court resolved against him in its earlier decision, and the Court finds no reason to reconsider that decision.

Sperow also argues that the Government agreed at the sentencing hearing to return the Mt. Pleasant property to him without any condition that he cooperate in post-

**Memorandum Decision & Order – page 1**

sentencing proceedings. The sentencing transcript demonstrates no such agreement took place. *See Transcript (Dkt. No. 949).*

The Court therefore denies Sperow's objection and grants the motion for entry of a final order of forfeiture, which shall be issued separately.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for final order of forfeiture (docket no. 1317) is GRANTED, and the objection of defendant Sperow (docket no. 1321) is DENIED. The final order of forfeiture shall be issued separately.

DATED: February 6, 2019

_____
B. Lynn Winmill
U.S. District Court Judge